**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:  VALOR CORPORATION OF FLORIDA    §   Case No. 12-26087-JKO
                                        §
                                        §
                                        §
Debtor(s)                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   SONYA L. SALKIN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $5,737.33                Assets Exempt:  N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,301.61     Claims Discharged
                                               Without Payment:  N/A

Total Expenses of Administration: $12,547.51

---

   3)  Total gross receipts of $     21,849.12    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $21,849.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,547.51 | 12,547.51 | 12,547.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 6,290.13 | 6,290.13 | 6,290.13 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,153,627.08 | 439,921.85 | 439,921.85 | 3,011.48 |
| **TOTAL DISBURSEMENTS** | $1,153,627.08 | $458,759.49 | $458,759.49 | $21,849.12 |

4) This case was originally filed under Chapter 7 on June 29, 2012. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/23/2015     By: /s/SONYA L. SALKIN, TRUSTEE
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wachovia Bank Checking Account #8184 | 1129-000 | 212.80 |
| Security deposit with FPL | 1129-000 | 1,099.24 |
| Office Equipment, Furnishings, Inventory | 1229-000 | 14,794.50 |
| Funds in cash register | 1229-000 | 57.20 |
| Resitititution from K. Witherington | 1229-000 | 5,685.38 |
| **TOTAL GROSS RECEIPTS** | | **$21,849.12** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SONYA L. SALKIN, TRUSTEE | 2100-000 | N/A | 2,934.91 | 2,934.91 | 2,934.91 |
| SONYA L. SALKIN, TRUSTEE | 2200-000 | N/A | 262.73 | 262.73 | 262.73 |
| SALKIN, MOFFA & BONACQUISTI | 3110-000 | N/A | 2,200.00 | 2,200.00 | 2,200.00 |
| SALKIN, MOFFA & BONACQUISTI | 3120-000 | N/A | 15.27 | 15.27 | 15.27 |
| KapilaMukamal CPAs | 3410-000 | N/A | 1,396.50 | 1,396.50 | 1,396.50 |
| KAPILA & CO. | 3410-000 | N/A | 1,534.00 | 1,534.00 | 1,534.00 |
| KAPILA & CO. | 3420-000 | N/A | 23.74 | 23.74 | 23.74 |
| KapilaMukamal CPAs | 3420-000 | N/A | 30.25 | 30.25 | 30.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.35 | 25.35 | 25.35 |
| MR. SHARPIE'S | 2420-000 | N/A | 191.86 | 191.86 | 191.86 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.77 | 30.77 | 30.77 |
| MR. SHARPIE'S | 2420-000 | N/A | 450.00 | 450.00 | 450.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.50 | 35.50 | 35.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.61 | 31.61 | 31.61 |
| NATIONAL AUCTION COMPANY | 3620-000 | N/A | 3,239.54 | 3,239.54 | 3,239.54 |
| Rabobank, N.A. | 2600-000 | N/A | 20.76 | 20.76 | 20.76 |
| Rabobank, N.A. | 2600-000 | N/A | 19.97 | 19.97 | 19.97 |
| Rabobank, N.A. | 2600-000 | N/A | 16.26 | 16.26 | 16.26 |
| Rabobank, N.A. | 2600-000 | N/A | 16.82 | 16.82 | 16.82 |
| Rabobank, N.A. | 2600-000 | N/A | 18.54 | 18.54 | 18.54 |
| Rabobank, N.A. | 2600-000 | N/A | 17.93 | 17.93 | 17.93 |
| Rabobank, N.A. | 2600-000 | N/A | 16.17 | 16.17 | 16.17 |
| Rabobank, N.A. | 2600-000 | N/A | 19.03 | 19.03 | 19.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $12,547.51 | $12,547.51 | $12,547.51 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 21P | STATE OF FLORIDA - DEPT OF REVENUE | 5800-000 | N/A | 6,089.00 | 6,089.00 | 6,089.00 |
| 22P | STATE OF FLORIDA - DEPT OF REVENUE | 5800-000 | N/A | 201.13 | 201.13 | 201.13 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $6,290.13 | $6,290.13 | $6,290.13 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Earthlink fdba Deltacom | 7100-000 | 46.32 | 53.64 | 53.64 | 0.38 |
| 2 | Trijicon Inc. | 7100-000 | 476.00 | 476.00 | 476.00 | 3.31 |
| 3 | Federal Cartridge Corporation | 7100-000 | 37,953.85 | 28,935.45 | 28,935.45 | 200.48 |
| 4 | Ammunition Accessories, Inc. | 7100-000 | N/A | 41,855.50 | 41,855.50 | 290.00 |
| 5 -3 | EAGLE IMPORTS INC. | 7100-000 | 3,420.00 | 1,920.00 | 1,920.00 | 13.30 |
| 6 -2 | IMPORT SPORTS INC, | 7100-000 | 2,550.00 | 4,050.00 | 4,050.00 | 28.06 |
| 7 | Ontario Knife Company | 7100-000 | 2,959.06 | 2,959.06 | 2,959.06 | 20.50 |
| 8 | CLERK, U.S. BANKRUPTCY COURT - Eurl Altima, Alehteraf | 7100-001 | 10,883.59 | 10,979.96 | 10,979.96 | 76.08 |
| 10 | Buck Knives, Inc | 7100-000 | 3,093.20 | 3,093.20 | 3,093.20 | 21.43 |
| 11 | V.H. Blackinton & Co., Inc. | 7100-000 | 1,270.75 | 1,270.75 | 1,270.75 | 8.80 |
| 12 | Kahr Arms | 7100-000 | 33,338.37 | 33,338.37 | 33,338.37 | 230.99 |
| 13 | RSR Group, Inc. | 7100-000 | 7,514.49 | 7,514.49 | 7,514.49 | 52.07 |
| 14 | IKON Financial Services | 7100-000 | 5,023.72 | 19,191.07 | 19,191.07 | 132.97 |
| 15 | Pitney Bowes Inc | 7100-000 | 966.72 | 4,663.45 | 4,663.45 | 32.31 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | Magnum Research, Inc. | 7100-000 | 10,213.00 | 10,213.00 | 10,213.00 | 70.76 |
| 17 | Magtech Ammunition | 7100-000 | 135,053.10 | 152,683.10 | 152,683.10 | 1,057.89 |
| 18 | GAMO Outdoor USA Inc | 7100-000 | 4,778.55 | 4,778.55 | 4,778.55 | 33.11 |
| 19 | Graybar Financial Services LLC | 7100-000 | 265.89 | 10,653.04 | 10,653.04 | 73.81 |
| 20 | MKS Supply, Inc. | 7100-000 | 9,980.29 | 9,980.29 | 9,980.29 | 69.15 |
| 21U | STATE OF FLORIDA - DEPT OF REVENUE | 7300-000 | N/A | 25.00 | 25.00 | 0.00 |
| 22U | STATE OF FLORIDA - DEPT OF REVENUE | 7300-000 | N/A | 150.00 | 150.00 | 0.00 |
| 24 | IKON Office Solutions, RICOH USA, Inc | 7100-000 | 604.93 | 316.06 | 316.06 | 2.19 |
| 25 | Colt's Manufacturing Company LLC | 7100-000 | 7,155.00 | 7,155.00 | 7,155.00 | 49.57 |
| 26 | Leatherman Tool Group, Inc. | 7100-000 | 11,281.10 | 11,281.10 | 11,281.10 | 78.16 |
| 27 -2 | RUAG Ammotec USA Inc | 7100-000 | 11,418.83 | 12,068.33 | 12,068.33 | 83.62 |
| 28 | TAPCO, Inc | 7100-000 | 2,764.76 | 2,839.84 | 2,839.84 | 19.68 |
| 29 | DEFENSA, S.A. | 7100-000 | 52,758.30 | 52,371.30 | 52,371.30 | 362.86 |
| 30 | Savage Arms Inc (ATT Accounting) | 7200-000 | 4,553.58 | 5,106.30 | 5,106.30 | 0.00 |
| NOTFILED | Hunter Spol Sro R.O.A | 7100-000 | 933.12 | N/A | N/A | 0.00 |
| NOTFILED | I.O. INC. | 7100-000 | 1,520.00 | N/A | N/A | 0.00 |
| NOTFILED | Hillsboro Inlet Plaza,LTD d/b/a Sawgrass | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hogue Incorporated | 7100-000 | 3,114.30 | N/A | N/A | 0.00 |
| NOTFILED | EL LANCERO SA DE CV Colonia Las Mercedes, Calle Los | 7100-000 | 526.85 | N/A | N/A | 0.00 |
| NOTFILED | ERISA Pension Systems | 7100-000 | 1,723.50 | N/A | N/A | 0.00 |
| NOTFILED | DIANA LTD | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | FALCON Com Ltda J | 7100-000 | 1,120.26 | N/A | N/A | 0.00 |
| NOTFILED | DEPORTES SAN PERJ CENTRO COMERCIAL AVENTURA | 7100-000 | 462.32 | N/A | N/A | 0.00 |
| NOTFILED | First Samco | 7100-000 | 43.50 | N/A | N/A | 0.00 |
| NOTFILED | Fiocchi of America | 7100-000 | 33,530.00 | N/A | N/A | 0.00 |
| NOTFILED | GAR INC  A | 7100-000 | 1,185.70 | N/A | N/A | 0.00 |
| NOTFILED | Gun Vault, Inc. | 7100-000 | 5,283.00 | N/A | N/A | 0.00 |
| NOTFILED | Florida Power & Light Company | 7100-000 | 135.62 | N/A | N/A | 0.00 |
| NOTFILED | Interstate Arms Corp. G Dunham Road | 7100-000 | 5,389.95 | N/A | N/A | 0.00 |
| NOTFILED | Fiskars Inc. | 7100-000 | 1,843.00 | N/A | N/A | 0.00 |
| NOTFILED | Kel-Tec CNC Industries, Inc. | 7100-000 | 126,476.90 | N/A | N/A | 0.00 |
| NOTFILED | JG Freedom Enterprises | 7100-000 | 10,882.70 | N/A | N/A | 0.00 |
| NOTFILED | SOG Specialty Knives and Tools,LLC | 7100-000 | 215.87 | N/A | N/A | 0.00 |
| NOTFILED | Spyderco, Inc. | 7100-000 | 4,543.30 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | SIAM ORDNANCE GENERAL TRADING GROUP LT | 7100-000 | 8,671.75 | N/A | N/A | 0.00 |
| NOTFILED | Taylor Brands LLC | 7100-000 | 1,268.60 | N/A | N/A | 0.00 |
| NOTFILED | Security Equipment Corp. | 7100-000 | 3,070.31 | N/A | N/A | 0.00 |
| NOTFILED | The Price Pros/Depot Repair Services | 7100-000 | 6,421.68 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Yothin Firearms Group | 7100-000 | 1,127.26 | N/A | N/A | 0.00 |
| NOTFILED | WARNIC N.V. J | 7100-000 | 704.93 | N/A | N/A | 0.00 |
| NOTFILED | SAFARISPORT SRL | 7100-000 | 51.00 | N/A | N/A | 0.00 |
| NOTFILED | United Parcel Service | 7100-000 | 215.65 | N/A | N/A | 0.00 |
| NOTFILED | Quarton USA, Inc. | 7100-000 | 850.88 | N/A | N/A | 0.00 |
| NOTFILED | REPRESENTACION ZUATA C A AVE E EDIF SANTA RITA | 7100-000 | 44.25 | N/A | N/A | 0.00 |
| NOTFILED | Michaels of Oregon, Co. | 7100-000 | 59,182.11 | N/A | N/A | 0.00 |
| NOTFILED | Millennium Logistics | 7100-000 | 113.74 | N/A | N/A | 0.00 |
| NOTFILED | Maverick Arms Inc. | 7100-000 | 8,464.29 | N/A | N/A | 0.00 |
| NOTFILED | O.F.Mossberg & Sons, Inc. | 7100-000 | 122,760.00 | N/A | N/A | 0.00 |
| NOTFILED | Daisy Manufacturing Comp. Inc. | 7100-000 | 40,142.63 | N/A | N/A | 0.00 |
| NOTFILED | Para USA Inc. | 7100-000 | 10,008.00 | N/A | N/A | 0.00 |
| NOTFILED | Promag Industries | 7100-000 | 5,860.11 | N/A | N/A | 0.00 |
| NOTFILED | PW Arm's Inc. | 7100-000 | 38,999.00 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes Postage by Phone | 7100-000 | 235.49 | N/A | N/A | 0.00 |
| NOTFILED | Ka-Bar Knives, Inc. | 7100-000 | 3,155.50 | N/A | N/A | 0.00 |
| NOTFILED | Phoenix Arms | 7100-000 | 6,120.00 | N/A | N/A | 0.00 |
| NOTFILED | Burris Company, Inc. | 7100-000 | 41,214.40 | N/A | N/A | 0.00 |
| NOTFILED | CZ-USA | 7100-000 | 882.15 | N/A | N/A | 0.00 |
| NOTFILED | Coreas Hazells Inc. A Lower Bay Street | 7100-000 | 8,905.47 | N/A | N/A | 0.00 |
| NOTFILED | Blackhawk Prod. Group Alliant Techsystems | 7100-000 | 8,900.72 | N/A | N/A | 0.00 |
| NOTFILED | ARMURERIE DAKAROISE SARL | 7100-000 | 2,437.18 | N/A | N/A | 0.00 |
| NOTFILED | AUMNAJ FIREARMS LTD A | 7100-000 | 16,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BOKER USA , INC. | 7100-000 | 1,626.35 | N/A | N/A | 0.00 |
| NOTFILED | CCI/Speer | 7100-000 | 33,111.90 | N/A | N/A | 0.00 |
| NOTFILED | Columbia River Knife & Tool Co. | 7100-000 | 45.00 | N/A | N/A | 0.00 |
| NOTFILED | Charter Arms | 7100-000 | 16,749.28 | N/A | N/A | 0.00 |
| NOTFILED | Cold Steel | 7100-000 | 4,081.71 | N/A | N/A | 0.00 |
| NOTFILED | Armeria Magnum SA | 7100-000 | 7,541.60 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | American Tactical Imports, Inc. | 7100-000 | 130,940.40 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Technologies Int'l. LLC. | 7100-000 | 2,214.41 | N/A | N/A | 0.00 |
| NOTFILED | Air-Sea Forwarders, Inc. | 7100-000 | 1,946.04 | N/A | N/A | 0.00 |
| NOTFILED | AGUILA DEL DESIERTOJ Centro Comercial Plaza La Villa | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,153,627.08 | $439,921.85 | $439,921.85 | $3,011.48 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-26087-JKO  
**Case Name:** VALOR CORPORATION OF FLORIDA  

**Trustee:** (290630) SONYA L. SALKIN, TRUSTEE  
**Filed (f) or Converted (c):** 06/29/12 (f)  
**§341(a) Meeting Date:** 08/06/12  

**Period Ending:** 03/23/15  
**Claims Bar Date:** 11/05/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Wachovia Bank Checking Account #9645 | 2.39 | 0.00 | | 0.00 | FA |
| 2 | Wachovia Bank Checking Account #8184 | 582.63 | 212.80 | | 212.80 | FA |
| 3 | Wachovia Profit Sharing Pension Account #8346 | 76.50 | 0.00 | | 0.00 | FA |
| 4 | Security deposit with Landlord | 4,158.44 | 0.00 | | 0.00 | FA |
| 5 | Security deposit with FPL | 1,123.00 | 1,099.24 | | 1,099.24 | FA |
| 6 | Security deposit with Comcast | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Accounts Recievable | Unknown | 0.00 | | 0.00 | FA |
| 8 | Office Equipment, Furnishings, Inventory  (u) | 14,794.50 | 14,794.50 | | 14,794.50 | FA |
| 9 | Funds in cash register  (u) | 57.20 | 57.20 | | 57.20 | FA |
| 10 | Resititution from K. Witherington  (u) | 5,685.38 | 5,685.38 | | 5,685.38 | FA |
| 10 | **Assets    Totals** (Excluding unknown values) | **$27,980.04** | **$21,849.12** | | **$21,849.12** | **$0.00** |

**Major Activities Affecting Case Closing:**

1. Trustee administered office equipment and furnishings, bank account.  TFR filed 8/2/13.  Add'l funds received for restitution.
2. Claims Bar Date: 11/5/12 Claims reviewed -objections resolved
3. Tax return prepared by Kapila

**Initial Projected Date Of Final Report (TFR):**     June 30, 2014          **Current Projected Date Of Final Report (TFR):**     June 23, 2014  (Actual)

Printed: 03/23/2015 03:55 PM     V.13.21

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-26087-JKO
**Case Name:** VALOR CORPORATION OF FLORIDA

**Taxpayer ID #:** **-***8865
**Period Ending:** 03/23/15

**Trustee:** SONYA L. SALKIN, TRUSTEE (290630)
**Bank Name:** The Bank of New York Mellon
**Account:** ****-******72-66 - Checking Account
**Blanket Bond:** $135,654,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/06/12 | {8} | NATIONAL AUCTION COMPANY, INC. | SALE PROCEEDS RE OFFICE EQUIPMENT, FURNISHINGS AND INVENTORY PER NOTICE DATED 7/6/12 | 1229-000 | 14,794.50 | | 14,794.50 |
| 08/16/12 | {5} | FLORIDA LIGHT & POWER COMPANY | TURNOVER SECURITY DEPOSIT WITH FPL PER VERBAL DEMAND AT 341 MTG. | 1129-000 | 1,099.24 | | 15,893.74 |
| 08/16/12 | {9} | VALOR CORPORATION OF FLORIDA | CASH FROM REGISTER TURNED OVER AT 341 MTG AND CONVERTED TO CASHIER'S CK | 1229-000 | 57.20 | | 15,950.94 |
| 08/30/12 | {2} | WELLS FARGO BANK, NA FBO VALOR CORPORATION OF FLORIDA | TURNOVER FUNDS IN CHKING ACCT PER DEMAND LTR. DATED 8-16-12 | 1129-000 | 212.80 | | 16,163.74 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.35 | 16,138.39 |
| 09/19/12 | 101 | MR. SHARPIE'S | LOCKSMITH, INV. 004262 | 2420-000 | | 191.86 | 15,946.53 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.77 | 15,915.76 |
| 10/16/12 | 102 | MR. SHARPIE'S | PMT FOR CUTTING SAFE OPEN PER ORDER DATED 10/15/12 | 2420-000 | | 450.00 | 15,465.76 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.50 | 15,430.26 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.61 | 15,398.65 |
| 12/14/12 | 103 | NATIONAL AUCTION COMPANY | AUCTIONEER FOR TRUSTEE EXPENSES PER ORDER DATED 7/24/12 | 3620-000 | | 3,239.54 | 12,159.11 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029063088 20121218 | 9999-000 | | 12,159.11 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 16,163.74 | 16,163.74 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 12,159.11 | |
| | | | **Subtotal** | | 16,163.74 | 4,004.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,163.74** | **$4,004.63** | |

{} Asset reference(s)

Printed: 03/23/2015 03:55 PM    V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-26087-JKO
**Case Name:** VALOR CORPORATION OF FLORIDA
**Taxpayer ID #:** **-***8865
**Period Ending:** 03/23/15

**Trustee:** SONYA L. SALKIN, TRUSTEE (290630)
**Bank Name:** Rabobank, N.A.
**Account:** ******0266 - Checking Account
**Blanket Bond:** $135,654,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 12,159.11 | | 12,159.11 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.76 | 12,138.35 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.97 | 12,118.38 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.26 | 12,102.12 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.82 | 12,085.30 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.54 | 12,066.76 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.93 | 12,048.83 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.17 | 12,032.66 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.03 | 12,013.63 |
| 09/10/13 | 10104 | SALKIN, MOFFA & BONACQUISTI | Dividend paid 100.00% on $2,200.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,200.00 | 9,813.63 |
| 09/10/13 | 10105 | SALKIN, MOFFA & BONACQUISTI | Dividend paid 100.00% on $15.27, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 15.27 | 9,798.36 |
| 09/10/13 | 10106 | KAPILA & CO. | Dividend paid 100.00% on $1,534.00, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 1,534.00 | 8,264.36 |
| 09/10/13 | 10107 | KAPILA & CO. | Dividend paid 100.00% on $23.74, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 23.74 | 8,240.62 |
| 09/10/13 | 10108 | STATE OF FLORIDA - DEPT OF REVENUE | Dividend paid  91.43% on $6,089.00; Claim# 21P; Filed: $6,089.00; Reference: 8865 | 5800-000 | | 5,567.46 | 2,673.16 |
| 09/10/13 | 10109 | STATE OF FLORIDA - DEPT OF REVENUE | Dividend paid  91.43% on $201.13; Claim# 22P; Filed: $201.13; Reference: 8865 | 5800-000 | | 183.90 | 2,489.26 |
| 09/10/13 | 10110 | SONYA L. SALKIN, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,489.26 | 0.00 |
| | | | Dividend paid 100.00% on $2,366.37;  Claim# ; Filed: $2,366.37 | 2100-000 | 2,366.37 | | 0.00 |
| | | | Dividend paid 100.00% on $122.89;  Claim# ; Filed: $122.89 | 2200-000 | 122.89 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,159.11 | 12,159.11 | $0.00 |
| | | | Less: Bank Transfers | | 12,159.11 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 12,159.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$12,159.11** | |

{} Asset reference(s)

Printed: 03/23/2015 03:55 PM    V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 12-26087-JKO | Trustee: | SONYA L. SALKIN, TRUSTEE (290630) |
|---|---|---|---|
| Case Name: | VALOR CORPORATION OF FLORIDA | Bank Name: | Rabobank, N.A. |
| | | Account: | ******7966 - Checking Account |
| Taxpayer ID #: | **-***8865 | Blanket Bond: | $135,654,000.00   (per case limit) |
| Period Ending: | 03/23/15 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/18/13 | {10} | FLORIDA DEPARTMENT OF CORRECTIONS | RESTITUTION REC'D FROM K. WITHERINGTON | 1229-000 | 2,795.39 | | 2,795.39 |
| 01/24/14 | {10} | FLORIDA DEPARTMENT OF CORRECTIONS | RESTITUTION REC'D FROM K. WITHERINGTON | 1229-000 | 961.54 | | 3,756.93 |
| 03/20/14 | {10} | FLORIDA DEPARTMENT OF CORRECTIONS | RESTITUTION REC'D FROM K. WITHERINGTON | 1229-000 | 1,923.08 | | 5,680.01 |
| 06/04/14 | {10} | FLORIDA DEPARTMENT OF CORRECTIONS | RESTITUTION REC'D FROM K. WITHERINGTON | 1229-000 | 5.37 | | 5,685.38 |
| 08/15/14 | 101 | Federal Cartridge Corporation | Dividend paid   0.69% on $28,935.45; Claim# 3; Filed: $28,935.45; Reference: 7310 | 7100-000 | | 200.48 | 5,484.90 |
| 08/15/14 | 102 | Ammunition Accessories, Inc. | Dividend paid   0.69% on $41,855.50; Claim# 4; Filed: $41,855.50; Reference: 7380 | 7100-000 | | 290.00 | 5,194.90 |
| 08/15/14 | 103 | EAGLE IMPORTS INC. | Dividend paid   0.69% on $1,920.00; Claim# 5 -3; Filed: $1,920.00; Reference: 0041 | 7100-000 | | 13.30 | 5,181.60 |
| 08/15/14 | 104 | IMPORT SPORTS INC, | Dividend paid   0.69% on $4,050.00; Claim# 6 -2; Filed: $4,050.00; Reference: 0041 | 7100-000 | | 28.06 | 5,153.54 |
| 08/15/14 | 105 | Ontario Knife Company | Dividend paid   0.69% on $2,959.06; Claim# 7; Filed: $2,959.06; Reference: 5477 | 7100-000 | | 20.50 | 5,133.04 |
| 08/15/14 | 106 | Eurl Altima, Alehteraf Trading Co LLC | Dividend paid   0.69% on $10,979.96; Claim# 8; Filed: $10,979.96; Reference: 8865/ EURL/ ALEHTERAF<br>Stopped on 11/14/14 | 7100-000 | | 76.08 | 5,056.96 |
| 08/15/14 | 107 | Buck Knives, Inc | Dividend paid   0.69% on $3,093.20; Claim# 10; Filed: $3,093.20; Reference: 0119 | 7100-000 | | 21.43 | 5,035.53 |
| 08/15/14 | 108 | V.H. Blackinton & Co., Inc. | Dividend paid   0.69% on $1,270.75; Claim# 11; Filed: $1,270.75; Reference: 42VC | 7100-000 | | 8.80 | 5,026.73 |
| 08/15/14 | 109 | Kahr Arms | Dividend paid   0.69% on $33,338.37; Claim# 12; Filed: $33,338.37; Reference: ALOR | 7100-000 | | 230.99 | 4,795.74 |
| 08/15/14 | 110 | RSR Group, Inc. | Dividend paid   0.69% on $7,514.49; Claim# 13; Filed: $7,514.49; Reference: 1238 | 7100-000 | | 52.07 | 4,743.67 |
| 08/15/14 | 111 | IKON Financial Services | Dividend paid   0.69% on $19,191.07; Claim# 14; Filed: $19,191.07; Reference: 5053 | 7100-000 | | 132.97 | 4,610.70 |
| 08/15/14 | 112 | Pitney Bowes Inc | Dividend paid   0.69% on $4,663.45; Claim# 15; Filed: $4,663.45; Reference: 3001 | 7100-000 | | 32.31 | 4,578.39 |
| 08/15/14 | 113 | Magnum Research, Inc. | Dividend paid   0.69% on $10,213.00; Claim# 16; Filed: $10,213.00; Reference: ALOR | 7100-000 | | 70.76 | 4,507.63 |
| 08/15/14 | 114 | Magtech Ammunition | Dividend paid   0.69% on $152,683.10; Claim# 17; Filed: $152,683.10; Reference: ALOR | 7100-000 | | 1,057.89 | 3,449.74 |
| 08/15/14 | 115 | GAMO Outdoor USA Inc | Dividend paid   0.69% on $4,778.55; Claim# | 7100-000 | | 33.11 | 3,416.63 |
| | | | Subtotals : | | $5,685.38 | $2,268.75 | |

{} Asset reference(s)

Printed: 03/23/2015 03:55 PM     V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 12-26087-JKO  
**Case Name:** VALOR CORPORATION OF FLORIDA  
**Taxpayer ID #:** **-***8865  
**Period Ending:** 03/23/15  

**Trustee:** SONYA L. SALKIN, TRUSTEE (290630)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7966 - Checking Account  
**Blanket Bond:** $135,654,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 18; Filed: $4,778.55; Reference: 57-44/ 2200 | | | | |
| 08/15/14 | 116 | Graybar Financial Services LLC | Dividend paid 0.69% on $10,653.04; Claim# 19; Filed: $10,653.04; Reference: 4000 | 7100-000 | | 73.81 | 3,342.82 |
| 08/15/14 | 117 | MKS Supply, Inc. | Dividend paid 0.69% on $9,980.29; Claim# 20; Filed: $9,980.29; Reference: 3739 | 7100-000 | | 69.15 | 3,273.67 |
| 08/15/14 | 118 | Colt's Manufacturing Company LLC | Dividend paid 0.69% on $7,155.00; Claim# 25; Filed: $7,155.00; Reference: 117 | 7100-000 | | 49.57 | 3,224.10 |
| 08/15/14 | 119 | Leatherman Tool Group, Inc. | Dividend paid 0.69% on $11,281.10; Claim# 26; Filed: $11,281.10; Reference: | 7100-000 | | 78.16 | 3,145.94 |
| 08/15/14 | 120 | RUAG Ammotec USA Inc | Dividend paid 0.69% on $12,068.33; Claim# 27 -2; Filed: $12,068.33; Reference: 1574 | 7100-000 | | 83.62 | 3,062.32 |
| 08/15/14 | 121 | TAPCO, Inc | Dividend paid 0.69% on $2,839.84; Claim# 28; Filed: $2,839.84; Reference: 6571 | 7100-000 | | 19.68 | 3,042.64 |
| 08/15/14 | 122 | DEFENSA, S.A. | Dividend paid 0.69% on $52,371.30; Claim# 29; Filed: $52,371.30; Reference: 8865 Stopped on 09/05/14 | 7100-000 | | 362.86 | 2,679.78 |
| 08/15/14 | 123 | SONYA L. SALKIN, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 708.38 | 1,971.40 |
| | | | Dividend paid 100.00% 568.54 on $2,934.91; Claim# ; Filed: $2,934.91 | 2100-000 | | | 1,971.40 |
| | | | Dividend paid 100.00% 139.84 on $262.73; Claim# ; Filed: $262.73 | 2200-000 | | | 1,971.40 |
| 08/15/14 | 124 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided on 08/15/14 | 7100-000 | | 5.88 | 1,965.52 |
| 08/15/14 | 124 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided: check issued on 08/15/14 | 7100-000 | | -5.88 | 1,971.40 |
| 08/15/14 | 125 | KapilaMukamal CPAs | Combined Check for Claims#et_al. | | | 1,426.75 | 544.65 |
| | | | Dividend paid 100.00% 1,396.50 on $1,396.50; Claim# ; Filed: $1,396.50 | 3410-000 | | | 544.65 |
| | | | Dividend paid 100.00% 30.25 on $30.25; Claim# ; Filed: $30.25 | 3420-000 | | | 544.65 |
| 08/15/14 | 126 | STATE OF FLORIDA - DEPT OF REVENUE | Combined Check for Claims#21P,22P | | | 538.77 | 5.88 |
| | | | Dividend paid 100.00% 521.54 | 5800-000 | | | 5.88 |

Subtotals : $0.00  $3,410.75

{} Asset reference(s)  Printed: 03/23/2015 03:55 PM  V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 12-26087-JKO | Trustee: | SONYA L. SALKIN, TRUSTEE (290630) |
|---|---|---|---|
| Case Name: | VALOR CORPORATION OF FLORIDA | Bank Name: | Rabobank, N.A. |
| | | Account: | ******7966 - Checking Account |
| Taxpayer ID #: | **-***8865 | Blanket Bond: | $135,654,000.00  (per case limit) |
| Period Ending: | 03/23/15 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | on $6,089.00;  Claim# 21P; Filed: $6,089.00; Reference: 8865 | | | | |
| | | | Dividend paid 100.00%   17.23 on $201.13;  Claim# 22P; Filed: $201.13; Reference: 8865 | 5800-000 | | | 5.88 |
| 08/21/14 | | CLERK, U.S. BANKRUPTCY COURT | ACH DEBIT - SMALL DIVIDENDS - CLAIMS 1, 2, 24 | | | 5.88 | 0.00 |
| | | | Ref # 8640   0.38 | 7100-000 | | | 0.00 |
| | | | Ref # L022   3.31 | 7100-000 | | | 0.00 |
| | | | Ref # 5620   2.19 | 7100-000 | | | 0.00 |
| 09/05/14 | 122 | DEFENSA, S.A. | Dividend paid  0.69% on $52,371.30; Claim# 29; Filed: $52,371.30; Reference: 8865 Stopped: check issued on 08/15/14 | 7100-000 | | -362.86 | 362.86 |
| 09/05/14 | 127 | Harper Meyer Perez Hagen O'Connor Alber & Dribin LLP Trust A | Dividend paid  0.69% on $52,371.30; Claim# 29; Filed: $52,371.30; Reference: 8865 (Replaces ck #122) | 7100-000 | | 362.86 | 0.00 |
| 11/14/14 | 106 | Eurl Altima, Alehteraf Trading Co LLC | Dividend paid  0.69% on $10,979.96; Claim# 8; Filed: $10,979.96; Reference: 8865/ EURL/ ALEHTERAF Stopped: check issued on 08/15/14 | 7100-000 | | -76.08 | 76.08 |
| 11/14/14 | 128 | Clerk, U.S. Bankruptcy Court | REISSUED CHECK FROM STALE CHECK PROCESSING Voided on 11/14/14 | 7100-001 | | 76.08 | 0.00 |
| 11/14/14 | 128 | Clerk, U.S. Bankruptcy Court | REISSUED CHECK FROM STALE CHECK PROCESSING Voided: check issued on 11/14/14 | 7100-001 | | -76.08 | 76.08 |
| 11/14/14 | | CLERK, U.S. BANKRUPTCY COURT | ACH DEBIT-UNCLAIMED FUNDS-Ref # 8865/ EURL/ ALEHTERAF | 7100-001 | | 76.08 | 0.00 |

| | | |
|---|---:|---:|
| ACCOUNT TOTALS | 5,685.38 | 5,685.38 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 5,685.38 | 5,685.38 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,685.38** | **$5,685.38** | |

{} Asset reference(s)  Printed: 03/23/2015 03:55 PM   V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 12-26087-JKO | | Trustee: | SONYA L. SALKIN, TRUSTEE (290630) |
|---|---|---|---|---|
| Case Name: | VALOR CORPORATION OF FLORIDA | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7966 - Checking Account |
| Taxpayer ID #: | **-***8865 | | Blanket Bond: | $135,654,000.00   (per case limit) |
| Period Ending: | 03/23/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :       21,849.12
_____
Net Estate :       $21,849.12

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******72-66 | 16,163.74 | 4,004.63 | 0.00 |
| Checking # ******0266 | 0.00 | 12,159.11 | 0.00 |
| Checking # ******7966 | 5,685.38 | 5,685.38 | 0.00 |
| | $21,849.12 | $21,849.12 | $0.00 |

{} Asset reference(s)