UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| In re: | § | Case No. 12-26087-JKO |
|---|---|---|
| | § | |
| VALOR CORPORATION OF FLORIDA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Sonya L. Salkin, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $5,737.33 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $9,301.61 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $12,547.51 | | |

3) Total gross receipts of $21,849.12 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $21,849.12 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $12,547.51 | $12,547.51 | $12,547.51 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $6,290.13 | $6,290.13 | $6,290.13 |
| General Unsecured Claims (from **Exhibit 7**) | $1,153,627.08 | $439,921.85 | $439,921.85 | $3,011.48 |
| **Total Disbursements** | $1,153,627.08 | $458,759.49 | $458,759.49 | $21,849.12 |

    4). This case was originally filed under chapter 7 on 06/29/2012. The case was pending for 43 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>01/12/2016</u>        By:  <u>/s/ Sonya L. Salkin</u>
                                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Security deposit with FPL | 1129-000 | $1,099.24 |
| Wachovia Bank Checking Account #8184 | 1129-000 | $212.80 |
| Funds in cash register | 1229-000 | $57.20 |
| Office Equipment, Furnishings, Inventory | 1229-000 | $14,794.50 |
| Resititution from K. Witherington | 1229-000 | $5,685.38 |
| **TOTAL GROSS RECEIPTS** | | $21,849.12 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dividend paid 100.00% on $2,366.37; Claim# ; Filed: $2,366.37 , Trustee | 2100-000 | NA | $2,934.91 | $2,934.91 | $2,934.91 |
| Dividend paid 100.00% on $122.89; Claim# ; Filed: $122.89 , Trustee | 2200-000 | NA | $262.73 | $262.73 | $262.73 |
| MR. SHARPIE'S | 2420-000 | NA | $641.86 | $641.86 | $641.86 |
| Rabobank, N.A. | 2600-000 | NA | $145.48 | $145.48 | $145.48 |
| The Bank of New York Mellon | 2600-000 | NA | $123.23 | $123.23 | $123.23 |
| SALKIN, MOFFA & BONACQUISTI, Attorney for Trustee | 3110-000 | NA | $2,200.00 | $2,200.00 | $2,200.00 |
| SALKIN, MOFFA & BONACQUISTI, Attorney for Trustee | 3120-000 | NA | $15.27 | $15.27 | $15.27 |
| Dividend paid 100.00% on $1,396.50; Claim# ; Filed: $1,396.50 , Accountant for Trustee | 3410-000 | NA | $1,396.50 | $1,396.50 | $1,396.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| KAPILA & CO., Accountant for Trustee | 3410-000 | NA | $1,534.00 | $1,534.00 | $1,534.00 |
| Dividend paid 100.00% on $30.25; Claim# ; Filed: $30.25 , Accountant for Trustee | 3420-000 | NA | $30.25 | $30.25 | $30.25 |
| KAPILA & CO., Accountant for Trustee | 3420-000 | NA | $23.74 | $23.74 | $23.74 |
| NATIONAL AUCTION COMPANY, Auctioneer for Trustee | 3620-000 | NA | $3,239.54 | $3,239.54 | $3,239.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $12,547.51 | $12,547.51 | $12,547.51 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 21P | STATE OF FLORIDA - DEPT OF REVENUE | 5800-000 | $0.00 | $6,089.00 | $6,089.00 | $6,089.00 |
| 22P | STATE OF FLORIDA - DEPT OF REVENUE | 5800-000 | $0.00 | $201.13 | $201.13 | $201.13 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $6,290.13 | $6,290.13 | $6,290.13 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Earthlink fdba Deltacom | 7100-000 | $0.00 | $53.64 | $53.64 | $0.38 |
| 2 | Trijicon Inc. | 7100-000 | $0.00 | $476.00 | $476.00 | $3.31 |
| 3 | Federal Cartridge Corporation | 7100-000 | $0.00 | $28,935.45 | $28,935.45 | $200.48 |
| 4 | Ammunition Accessories, Inc. | 7100-000 | $0.00 | $41,855.50 | $41,855.50 | $290.00 |
| 5-3 | EAGLE IMPORTS INC. | 7100-000 | $0.00 | $1,920.00 | $1,920.00 | $13.30 |
| 6-2 | IMPORT SPORTS INC, | 7100-000 | $0.00 | $4,050.00 | $4,050.00 | $28.06 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Ontario Knife Company | 7100-000 | $0.00 | $2,959.06 | $2,959.06 | $20.50 |
| 8 | Eurl Altima, Alehteraf Trading Co LLC | 7100-000 | $0.00 | $10,979.96 | $10,979.96 | $0.00 |
| | CLERK, U.S. BANKRUPTCY COURT (Claim No. 8; Eurl Altima, Alehteraf Trading Co LLC) | 7100-001 | $0.00 | $0.00 | $0.00 | $76.08 |
| 10 | Buck Knives, Inc | 7100-000 | $0.00 | $3,093.20 | $3,093.20 | $21.43 |
| 11 | V.H. Blackinton & Co., Inc. | 7100-000 | $0.00 | $1,270.75 | $1,270.75 | $8.80 |
| 12 | Kahr Arms | 7100-000 | $0.00 | $33,338.37 | $33,338.37 | $230.99 |
| 13 | RSR Group, Inc. | 7100-000 | $0.00 | $7,514.49 | $7,514.49 | $52.07 |
| 14 | IKON Financial Services | 7100-000 | $0.00 | $19,191.07 | $19,191.07 | $132.97 |
| 15 | Pitney Bowes Inc | 7100-000 | $0.00 | $4,663.45 | $4,663.45 | $32.31 |
| 16 | Magnum Research, Inc. | 7100-000 | $0.00 | $10,213.00 | $10,213.00 | $70.76 |
| 17 | Magtech Ammunition | 7100-000 | $0.00 | $152,683.10 | $152,683.10 | $1,057.89 |
| 18 | GAMO Outdoor USA Inc | 7100-000 | $0.00 | $4,778.55 | $4,778.55 | $33.11 |
| 19 | Graybar Financial Services LLC | 7100-000 | $0.00 | $10,653.04 | $10,653.04 | $73.81 |
| 20 | MKS Supply, Inc. | 7100-000 | $0.00 | $9,980.29 | $9,980.29 | $69.15 |
| 21U | STATE OF FLORIDA - DEPT OF REVENUE | 7300-000 | $0.00 | $25.00 | $25.00 | $0.00 |
| 22U | STATE OF FLORIDA - DEPT OF REVENUE | 7300-000 | $0.00 | $150.00 | $150.00 | $0.00 |
| 24 | IKON Office Solutions, RICOH USA, Inc | 7100-000 | $0.00 | $316.06 | $316.06 | $2.19 |
| 25 | Colt's Manufacturing Company LLC | 7100-000 | $0.00 | $7,155.00 | $7,155.00 | $49.57 |
| 26 | Leatherman Tool Group, Inc. | 7100-000 | $0.00 | $11,281.10 | $11,281.10 | $78.16 |
| 27-2 | RUAG Ammotec USA Inc | 7100-000 | $0.00 | $12,068.33 | $12,068.33 | $83.62 |
| 28 | TAPCO, Inc | 7100-000 | $0.00 | $2,839.84 | $2,839.84 | $19.68 |
| 29 | DEFENSA, S.A. | 7100-000 | $0.00 | $52,371.30 | $52,371.30 | $362.86 |
| 30 | Savage Arms Inc (ATT | 7200-000 | $0.00 | $5,106.30 | $5,106.30 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Accounting) | | | | | |
| Advanced Technologies Int'l. LLC. | 7100-000 | $2,214.41 | $0.00 | $0.00 | $0.00 |
| AGUILA DEL DESIERTOJ Centro Comercial Plaza La Villa | 7100-000 | $60.00 | $0.00 | $0.00 | $0.00 |
| Air-Sea Forwarders, Inc. | 7100-000 | $1,946.04 | $0.00 | $0.00 | $0.00 |
| American Tactical Imports, Inc. | 7100-000 | $130,940.40 | $0.00 | $0.00 | $0.00 |
| Armeria Magnum SA | 7100-000 | $7,541.60 | $0.00 | $0.00 | $0.00 |
| ARMURERIE DAKAROISE SARL | 7100-000 | $2,437.18 | $0.00 | $0.00 | $0.00 |
| AUMNAJ FIREARMS LTD A | 7100-000 | $16,000.00 | $0.00 | $0.00 | $0.00 |
| Blackhawk Prod. Group Alliant Techsystems Operations LLC | 7100-000 | $8,900.72 | $0.00 | $0.00 | $0.00 |
| BOKER USA , INC. | 7100-000 | $1,626.35 | $0.00 | $0.00 | $0.00 |
| Buck Knives, Inc | 7100-000 | $3,093.20 | $0.00 | $0.00 | $0.00 |
| Burris Company, Inc. | 7100-000 | $41,214.40 | $0.00 | $0.00 | $0.00 |
| CCI/Speer | 7100-000 | $33,111.90 | $0.00 | $0.00 | $0.00 |
| Charter Arms | 7100-000 | $16,749.28 | $0.00 | $0.00 | $0.00 |
| Cold Steel | 7100-000 | $4,081.71 | $0.00 | $0.00 | $0.00 |
| Colt's Manufacturing Company LLC | 7100-000 | $7,155.00 | $0.00 | $0.00 | $0.00 |
| Columbia River Knife & Tool Co. | 7100-000 | $45.00 | $0.00 | $0.00 | $0.00 |
| Coreas Hazells Inc. A Lower Bay Street | 7100-000 | $8,905.47 | $0.00 | $0.00 | $0.00 |
| CZ-USA | 7100-000 | $882.15 | $0.00 | $0.00 | $0.00 |
| Daisy Manufacturing Comp. Inc. | 7100-000 | $40,142.63 | $0.00 | $0.00 | $0.00 |
| DEFENSA,  S.A. | 7100-000 | $52,758.30 | $0.00 | $0.00 | $0.00 |
| DEPORTES SAN PERJ CENTRO COMERCIAL AVENTURA | 7100-000 | $462.32 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| DIANA LTD | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| EAGLE IMPORTS INC. | 7100-000 | $3,420.00 | $0.00 | $0.00 | $0.00 |
| Earthlink fdba Deltacom | 7100-000 | $46.32 | $0.00 | $0.00 | $0.00 |
| EL LANCERO SA DE CV Colonia Las Mercedes, Calle Los | 7100-000 | $526.85 | $0.00 | $0.00 | $0.00 |
| ERISA Pension Systems | 7100-000 | $1,723.50 | $0.00 | $0.00 | $0.00 |
| Eurl Altima, Alehteraf Trading Co LLC | 7100-000 | $10,883.59 | $0.00 | $0.00 | $0.00 |
| FALCON Com Ltda J | 7100-000 | $1,120.26 | $0.00 | $0.00 | $0.00 |
| Federal Cartridge Corporation | 7100-000 | $37,953.85 | $0.00 | $0.00 | $0.00 |
| Fiocchi of America | 7100-000 | $33,530.00 | $0.00 | $0.00 | $0.00 |
| First Samco | 7100-000 | $43.50 | $0.00 | $0.00 | $0.00 |
| Fiskars Inc. | 7100-000 | $1,843.00 | $0.00 | $0.00 | $0.00 |
| Florida Power & Light Company | 7100-000 | $135.62 | $0.00 | $0.00 | $0.00 |
| GAMO Outdoor USA Inc | 7100-000 | $4,778.55 | $0.00 | $0.00 | $0.00 |
| GAR INC  A | 7100-000 | $1,185.70 | $0.00 | $0.00 | $0.00 |
| Graybar Financial Services LLC | 7100-000 | $265.89 | $0.00 | $0.00 | $0.00 |
| Gun Vault, Inc. | 7100-000 | $5,283.00 | $0.00 | $0.00 | $0.00 |
| Hogue Incorporated | 7100-000 | $3,114.30 | $0.00 | $0.00 | $0.00 |
| Hunter Spol Sro R.O.A | 7100-000 | $933.12 | $0.00 | $0.00 | $0.00 |
| I.O. INC. | 7100-000 | $1,520.00 | $0.00 | $0.00 | $0.00 |
| IKON Financial Services | 7100-000 | $5,023.72 | $0.00 | $0.00 | $0.00 |
| IKON Office Solutions, RICOH USA, Inc | 7100-000 | $604.93 | $0.00 | $0.00 | $0.00 |
| IMPORT SPORTS INC, | 7100-000 | $2,550.00 | $0.00 | $0.00 | $0.00 |
| Interstate Arms Corp. G Dunham Road | 7100-000 | $5,389.95 | $0.00 | $0.00 | $0.00 |
| JG Freedom Enterprises | 7100-000 | $10,882.70 | $0.00 | $0.00 | $0.00 |
| Ka-Bar Knives, | 7100-000 | $3,155.50 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Inc. | | | | | |
| Kahr Arms | 7100-000 | $33,338.37 | $0.00 | $0.00 | $0.00 |
| Kel-Tec CNC Industries, Inc. | 7100-000 | $126,476.90 | $0.00 | $0.00 | $0.00 |
| Leatherman Tool Group, Inc. | 7100-000 | $11,281.10 | $0.00 | $0.00 | $0.00 |
| Magnum Research, Inc. | 7100-000 | $10,213.00 | $0.00 | $0.00 | $0.00 |
| Magtech Ammunition | 7100-000 | $135,053.10 | $0.00 | $0.00 | $0.00 |
| Maverick Arms Inc. | 7100-000 | $8,464.29 | $0.00 | $0.00 | $0.00 |
| Michaels of Oregon, Co. | 7100-000 | $59,182.11 | $0.00 | $0.00 | $0.00 |
| Millennium Logistics | 7100-000 | $113.74 | $0.00 | $0.00 | $0.00 |
| MKS Supply, Inc. | 7100-000 | $9,980.29 | $0.00 | $0.00 | $0.00 |
| O.F.Mossberg & Sons, Inc. | 7100-000 | $122,760.00 | $0.00 | $0.00 | $0.00 |
| Ontario Knife Company | 7100-000 | $2,959.06 | $0.00 | $0.00 | $0.00 |
| Para USA Inc. | 7100-000 | $10,008.00 | $0.00 | $0.00 | $0.00 |
| Phoenix Arms | 7100-000 | $6,120.00 | $0.00 | $0.00 | $0.00 |
| Pitney Bowes Inc | 7100-000 | $966.72 | $0.00 | $0.00 | $0.00 |
| Pitney Bowes Postage by Phone | 7100-000 | $235.49 | $0.00 | $0.00 | $0.00 |
| Promag Industries | 7100-000 | $5,860.11 | $0.00 | $0.00 | $0.00 |
| PW Arm's Inc. | 7100-000 | $38,999.00 | $0.00 | $0.00 | $0.00 |
| Quarton USA, Inc. | 7100-000 | $850.88 | $0.00 | $0.00 | $0.00 |
| REPRESENTACION ZUATA C A AVE E EDIF SANTA RITA | 7100-000 | $44.25 | $0.00 | $0.00 | $0.00 |
| RSR Group, Inc. | 7100-000 | $7,514.49 | $0.00 | $0.00 | $0.00 |
| RUAG Ammotec USA Inc | 7100-000 | $11,418.83 | $0.00 | $0.00 | $0.00 |
| SAFARISPORT SRL | 7100-000 | $51.00 | $0.00 | $0.00 | $0.00 |
| Security Equipment Corp. | 7100-000 | $3,070.31 | $0.00 | $0.00 | $0.00 |
| SIAM ORDNANCE GENERAL TRADING GROUP LT | 7100-000 | $8,671.75 | $0.00 | $0.00 | $0.00 |
| SOG Specialty Knives and Tools,LLC | 7100-000 | $215.87 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Spyderco, Inc. | 7100-000 | $4,543.30 | $0.00 | $0.00 | $0.00 |
| TAPCO, Inc | 7100-000 | $2,764.76 | $0.00 | $0.00 | $0.00 |
| Taylor Brands LLC | 7100-000 | $1,268.60 | $0.00 | $0.00 | $0.00 |
| The Price Pros/Depot Repair Services | 7100-000 | $6,421.68 | $0.00 | $0.00 | $0.00 |
| Trijicon Inc. | 7100-000 | $476.00 | $0.00 | $0.00 | $0.00 |
| United Parcel Service | 7100-000 | $215.65 | $0.00 | $0.00 | $0.00 |
| V.H. Blackinton & Co., Inc. | 7100-000 | $1,270.75 | $0.00 | $0.00 | $0.00 |
| WARNIC N.V. J | 7100-000 | $704.93 | $0.00 | $0.00 | $0.00 |
| Yothin Firearms Group | 7100-000 | $1,127.26 | $0.00 | $0.00 | $0.00 |
| Savage Arms Inc (ATT Accounting) | 7200-000 | $4,553.58 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $1,153,627.08 | $439,921.85 | $439,921.85 | $3,011.48 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1
Exhibit 8

| Case No.: | 12-26087-JKO | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | VALOR CORPORATION OF FLORIDA | Date Filed (f) or Converted (c): | 06/29/2012 (f) |
| For the Period Ending: | 1/12/2016 | §341(a) Meeting Date: | 08/06/2012 |
| | | Claims Bar Date: | 11/05/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Wachovia Bank Checking Account #9645 | $2.39 | $0.00 | | $0.00 | FA |
| 2 | Wachovia Bank Checking Account #8184 | $582.63 | $212.80 | | $212.80 | FA |
| 3 | Wachovia Profit Sharing Pension Account #8346 | $76.50 | $0.00 | | $0.00 | FA |
| 4 | Security deposit with Landlord | $4,158.44 | $0.00 | | $0.00 | FA |
| 5 | Security deposit with FPL | $1,123.00 | $1,099.24 | | $1,099.24 | FA |
| 6 | Security deposit with Comcast | $1,500.00 | $0.00 | | $0.00 | FA |
| 7 | Accounts Recievable | Unknown | $0.00 | | $0.00 | FA |
| 8 | Office Equipment, Furnishings, Inventory (u) | $14,794.50 | $14,794.50 | | $14,794.50 | FA |
| 9 | Funds in cash register (u) | $57.20 | $57.20 | | $57.20 | FA |
| 10 | Resititution from K. Witherington (u) | $5,685.38 | $5,685.38 | | $5,685.38 | FA |

**TOTALS (Excluding unknown value)**                                                         **Gross Value of Remaining Assets**

$27,980.04        $21,849.12                    $21,849.12        $0.00

**Major Activities affecting case closing:**

1. Trustee administered office equipment and furnishings, bank account. TFR filed 8/2/13. Add'l funds received for restitution.
2. Claims Bar Date: 11/5/12 Claims reviewed -objections resolved
3. Tax return prepared by Kapila

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/30/2014 | /s/ SONYA L. SALKIN |
| **Current Projected Date Of Final Report (TFR):** | 06/23/2014 | SONYA L. SALKIN |

| Case No. | 12-26087-JKO | | **Trustee Name:** | Sonya L. Salkin |
|---|---|---|---|---|
| **Case Name:** | VALOR CORPORATION OF FLORIDA | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | **-***8865 | | **Checking Acct #:** | ******7266 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 6/29/2012 | | **Blanket bond (per case limit):** | $129,067,000.00 |
| **For Period Ending:** | 1/12/2016 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/06/2012 | (8) | NATIONAL AUCTION COMPANY, INC. | SALE PROCEEDS RE OFFICE EQUIPMENT, FURNISHINGS AND INVENTORY PER NOTICE DATED 7/6/12 | 1229-000 | $14,794.50 | | $14,794.50 |
| 08/16/2012 | (5) | FLORIDA LIGHT & POWER COMPANY | TURNOVER SECURITY DEPOSIT WITH FPL PER VERBAL DEMAND AT 341 MTG. | 1129-000 | $1,099.24 | | $15,893.74 |
| 08/16/2012 | (9) | VALOR CORPORATION OF FLORIDA | CASH FROM REGISTER TURNED OVER AT 341 MTG AND CONVERTED TO CASHIER'S CK | 1229-000 | $57.20 | | $15,950.94 |
| 08/30/2012 | (2) | WELLS FARGO BANK, NA FBO VALOR | TURNOVER FUNDS IN CHKING ACCT PER DEMAND LTR. DATED 8-16-12 | 1129-000 | $212.80 | | $16,163.74 |
| 08/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.35 | $16,138.39 |
| 09/19/2012 | 101 | MR. SHARPIE'S | LOCKSMITH, INV. 004262 | 2420-000 | | $191.86 | $15,946.53 |
| 09/28/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $30.77 | $15,915.76 |
| 10/16/2012 | 102 | MR. SHARPIE'S | PMT FOR CUTTING SAFE OPEN PER ORDER DATED 10/15/12 | 2420-000 | | $450.00 | $15,465.76 |
| 10/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $35.50 | $15,430.26 |
| 11/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $31.61 | $15,398.65 |
| 12/14/2012 | 103 | NATIONAL AUCTION COMPANY | AUCTIONEER FOR TRUSTEE EXPENSES PER ORDER DATED 7/24/12 | 3620-000 | | $3,239.54 | $12,159.11 |
| 12/18/2012 | | RABOBANK MIGRATION | TRANSFER TO *********3088 ****1218 | 9999-000 | | $12,159.11 | $0.00 |

| | | | | **SUBTOTALS** | $16,163.74 | $16,163.74 |

# FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 12-26087-JKO | | **Trustee Name:** | Sonya L. Salkin |
| **Case Name:** | VALOR CORPORATION OF FLORIDA | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | **-***8865 | | **Checking Acct #:** | ******7266 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 6/29/2012 | | **Blanket bond (per case limit):** | $129,067,000.00 |
| **For Period Ending:** | 1/12/2016 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | |
|---|---|---|---|
| **TOTALS:** | $16,163.74 | $16,163.74 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $12,159.11 | |
| **Subtotal** | $16,163.74 | $4,004.63 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $16,163.74 | $4,004.63 | |

**For the period of** 6/29/2012 **to** 1/12/2016

| | |
|---|---|
| Total Compensable Receipts: | $16,163.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,163.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,004.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,004.63 |
| Total Internal/Transfer Disbursements: | $12,159.11 |

**For the entire history of the account between** 08/06/2012 **to** 1/12/2016

| | |
|---|---|
| Total Compensable Receipts: | $16,163.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,163.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,004.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,004.63 |
| Total Internal/Transfer Disbursements: | $12,159.11 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 12-26087-JKO | **Trustee Name:** Sonya L. Salkin |
| **Case Name:** | VALOR CORPORATION OF FLORIDA | **Bank Name:** Rabobank, N.A. |
| **Primary Taxpayer ID #:** | **-***8865 | **Checking Acct #:** ******0266 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Checking Account |
| **For Period Beginning:** | 6/29/2012 | **Blanket bond (per case limit):** $129,067,000.00 |
| **For Period Ending:** | 1/12/2016 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/19/2012 | | RABOBANK MIGRATION | RABOBANK MIGRATION | 9999-000 | $12,159.11 | | $12,159.11 |
| 12/31/2012 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $20.76 | $12,138.35 |
| 01/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $19.97 | $12,118.38 |
| 02/28/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $16.26 | $12,102.12 |
| 03/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $16.82 | $12,085.30 |
| 04/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $18.54 | $12,066.76 |
| 05/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $17.93 | $12,048.83 |
| 06/28/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $16.17 | $12,032.66 |
| 07/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $19.03 | $12,013.63 |
| 09/10/2013 | 10104 | SALKIN, MOFFA & BONACQUISTI | Dividend paid 100.00% on $2,200.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | $2,200.00 | $9,813.63 |
| 09/10/2013 | 10105 | SALKIN, MOFFA & BONACQUISTI | Dividend paid 100.00% on $15.27, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | $15.27 | $9,798.36 |
| 09/10/2013 | 10106 | KAPILA & CO. | Dividend paid 100.00% on $1,534.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | $1,534.00 | $8,264.36 |
| 09/10/2013 | 10107 | KAPILA & CO. | Dividend paid 100.00% on $23.74, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | $23.74 | $8,240.62 |
| 09/10/2013 | 10108 | STATE OF FLORIDA - DEPT OF REVENUE | Dividend paid 91.43% on $6,089.00; Claim# 21P; Filed: $6,089.00; Reference: 8865 | 5800-000 | | $5,567.46 | $2,673.16 |
| 09/10/2013 | 10109 | STATE OF FLORIDA - DEPT OF REVENUE | Dividend paid 91.43% on $201.13; Claim# 22P; Filed: $201.13; Reference: 8865 | 5800-000 | | $183.90 | $2,489.26 |
| 09/10/2013 | 10110 | SONYA L. SALKIN, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | * | | $2,489.26 | $0.00 |
| | | | Dividend paid 100.00% on $122.89; Claim# ; Filed: $122.89 | $(122.89) 2200-000 | | | $0.00 |
| | | | Dividend paid 100.00% on $2,366.37; Claim# ; Filed: $2,366.37 | $(2,366.37) 2100-000 | | | $0.00 |

| | | | | **SUBTOTALS** | $12,159.11 | $12,159.11 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-26087-JKO | | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|---|
| Case Name: | VALOR CORPORATION OF FLORIDA | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***8865 | | Checking Acct #: | ******0266 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 6/29/2012 | | Blanket bond (per case limit): | $129,067,000.00 |
| For Period Ending: | 1/12/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $12,159.11 | $12,159.11 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $12,159.11 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $12,159.11 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $12,159.11 | |

| For the period of 6/29/2012 to 1/12/2016 | | For the entire history of the account between 12/19/2012 to 1/12/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $12,159.11 | Total Internal/Transfer Receipts: | $12,159.11 |
| | | | |
| Total Compensable Disbursements: | $12,159.11 | Total Compensable Disbursements: | $12,159.11 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,159.11 | Total Comp/Non Comp Disbursements: | $12,159.11 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-26087-JKO | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | VALOR CORPORATION OF FLORIDA | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***8865 | Checking Acct #: | ******7966 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 6/29/2012 | Blanket bond (per case limit): | $129,067,000.00 |
| For Period Ending: | 1/12/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/18/2013 | (10) | FLORIDA DEPARTMENT OF | RESTITUTION REC'D FROM K. WITHERINGTON | 1229-000 | $2,795.39 | | $2,795.39 |
| 01/24/2014 | (10) | FLORIDA DEPARTMENT OF | RESTITUTION REC'D FROM K. WITHERINGTON | 1229-000 | $961.54 | | $3,756.93 |
| 03/20/2014 | (10) | FLORIDA DEPARTMENT OF | RESTITUTION REC'D FROM K. WITHERINGTON | 1229-000 | $1,923.08 | | $5,680.01 |
| 06/04/2014 | (10) | FLORIDA DEPARTMENT OF | RESTITUTION REC'D FROM K. WITHERINGTON | 1229-000 | $5.37 | | $5,685.38 |
| 08/15/2014 | 101 | Federal Cartridge Corporation | Dividend paid   0.69% on $28,935.45; Claim# 3; Filed: $28,935.45; Reference: 7310 | 7100-000 | | $200.48 | $5,484.90 |
| 08/15/2014 | 102 | Ammunition Accessories, Inc. | Dividend paid   0.69% on $41,855.50; Claim# 4; Filed: $41,855.50; Reference: 7380 | 7100-000 | | $290.00 | $5,194.90 |
| 08/15/2014 | 103 | EAGLE IMPORTS INC. | Dividend paid   0.69% on $1,920.00; Claim# 5 -3; Filed: $1,920.00; Reference: 0041 | 7100-000 | | $13.30 | $5,181.60 |
| 08/15/2014 | 104 | IMPORT SPORTS INC, | Dividend paid   0.69% on $4,050.00; Claim# 6 -2; Filed: $4,050.00; Reference: 0041 | 7100-000 | | $28.06 | $5,153.54 |
| 08/15/2014 | 105 | Ontario Knife Company | Dividend paid   0.69% on $2,959.06; Claim# 7; Filed: $2,959.06; Reference: 5477 | 7100-000 | | $20.50 | $5,133.04 |
| 08/15/2014 | 106 | Eurl Altima, Alehteraf Trading Co LLC | Dividend paid   0.69% on $10,979.96; Claim# 8; Filed: $10,979.96; Reference: 8865/ EURL/ ALEHTERAF | 7100-000 | | $76.08 | $5,056.96 |
| 08/15/2014 | 106 | Eurl Altima, Alehteraf Trading Co LLC | Dividend paid   0.69% on $10,979.96; Claim# 8; Filed: $10,979.96; Reference: 8865/ EURL/ ALEHTERAF | 7100-004 | | ($76.08) | $5,133.04 |
| 08/15/2014 | 107 | Buck Knives, Inc | Dividend paid   0.69% on $3,093.20; Claim# 10; Filed: $3,093.20; Reference: 0119 | 7100-000 | | $21.43 | $5,111.61 |
| 08/15/2014 | 108 | V.H. Blackinton & Co., Inc. | Dividend paid   0.69% on $1,270.75; Claim# 11; Filed: $1,270.75; Reference: 42VC | 7100-000 | | $8.80 | $5,102.81 |
| 08/15/2014 | 109 | Kahr Arms | Dividend paid   0.69% on $33,338.37; Claim# 12; Filed: $33,338.37; Reference: ALOR | 7100-000 | | $230.99 | $4,871.82 |
| 08/15/2014 | 110 | RSR Group, Inc. | Dividend paid   0.69% on $7,514.49; Claim# 13; Filed: $7,514.49; Reference: 1238 | 7100-000 | | $52.07 | $4,819.75 |
| 08/15/2014 | 111 | IKON Financial Services | Dividend paid   0.69% on $19,191.07; Claim# 14; Filed: $19,191.07; Reference: 5053 | 7100-000 | | $132.97 | $4,686.78 |

**SUBTOTALS**     $5,685.38     $998.60

| Case No. | 12-26087-JKO | | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|---|
| Case Name: | VALOR CORPORATION OF FLORIDA | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***8865 | | Checking Acct #: | ******7966 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 6/29/2012 | | Blanket bond (per case limit): | $129,067,000.00 |
| For Period Ending: | 1/12/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/15/2014 | 112 | Pitney Bowes Inc | Dividend paid   0.69% on $4,663.45; Claim# 15; Filed: $4,663.45; Reference: 3001 | 7100-000 | | $32.31 | $4,654.47 |
| 08/15/2014 | 113 | Magnum Research, Inc. | Dividend paid   0.69% on $10,213.00; Claim# 16; Filed: $10,213.00; Reference: ALOR | 7100-000 | | $70.76 | $4,583.71 |
| 08/15/2014 | 114 | Magtech Ammunition | Dividend paid   0.69% on $152,683.10; Claim# 17; Filed: $152,683.10; Reference: ALOR | 7100-000 | | $1,057.89 | $3,525.82 |
| 08/15/2014 | 115 | GAMO Outdoor USA Inc | Dividend paid   0.69% on $4,778.55; Claim# 18; Filed: $4,778.55; Reference: 57-44/ 2200 | 7100-000 | | $33.11 | $3,492.71 |
| 08/15/2014 | 116 | Graybar Financial Services LLC | Dividend paid   0.69% on $10,653.04; Claim# 19; Filed: $10,653.04; Reference: 4000 | 7100-000 | | $73.81 | $3,418.90 |
| 08/15/2014 | 117 | MKS Supply, Inc. | Dividend paid   0.69% on $9,980.29; Claim# 20; Filed: $9,980.29; Reference: 3739 | 7100-000 | | $69.15 | $3,349.75 |
| 08/15/2014 | 118 | Colt's Manufacturing Company LLC | Dividend paid   0.69% on $7,155.00; Claim# 25; Filed: $7,155.00; Reference: 117 | 7100-000 | | $49.57 | $3,300.18 |
| 08/15/2014 | 119 | Leatherman Tool Group, Inc. | Dividend paid   0.69% on $11,281.10; Claim# 26; Filed: $11,281.10; Reference: | 7100-000 | | $78.16 | $3,222.02 |
| 08/15/2014 | 120 | RUAG Ammotec USA Inc | Dividend paid   0.69% on $12,068.33; Claim# 27 -2; Filed: $12,068.33; Reference: 1574 | 7100-000 | | $83.62 | $3,138.40 |
| 08/15/2014 | 121 | TAPCO, Inc | Dividend paid   0.69% on $2,839.84; Claim# 28; Filed: $2,839.84; Reference: 6571 | 7100-000 | | $19.68 | $3,118.72 |
| 08/15/2014 | 122 | DEFENSA, S.A. | Dividend paid   0.69% on $52,371.30; Claim# 29; Filed: $52,371.30; Reference: 8865 | 7100-000 | | $362.86 | $2,755.86 |
| 08/15/2014 | 122 | DEFENSA, S.A. | Dividend paid   0.69% on $52,371.30; Claim# 29; Filed: $52,371.30; Reference: 8865 | 7100-004 | | ($362.86) | $3,118.72 |
| 08/15/2014 | 123 | SONYA L. SALKIN, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | * | | $708.38 | $2,410.34 |
| | | | Dividend paid 100.00% on $262.73;  Claim# ; Filed: $262.73 | 2200-000 | $(139.84) | | $2,410.34 |
| | | | Dividend paid 100.00% on $2,934.91;  Claim# ; Filed: $2,934.91 | 2100-000 | $(568.54) | | $2,410.34 |
| 08/15/2014 | 124 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | $5.88 | $2,404.46 |
| 08/15/2014 | 124 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-003 | | ($5.88) | $2,410.34 |

SUBTOTALS   $0.00   $2,276.44

| Case No. | 12-26087-JKO | | | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|---|---|
| Case Name: | VALOR CORPORATION OF FLORIDA | | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***8865 | | | Checking Acct #: | ******7966 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking Account |
| For Period Beginning: | 6/29/2012 | | | Blanket bond (per case limit): | $129,067,000.00 |
| For Period Ending: | 1/12/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/15/2014 | 125 | KapilaMukamal CPAs | Combined Check for Claims#et_al. | * | | $1,426.75 | $983.59 |
| | | | Dividend paid 100.00% on $30.25; Claim# ; Filed: $30.25 $(30.25) | 3420-000 | | | $983.59 |
| | | | Dividend paid 100.00% on $1,396.50; Claim# ; Filed: $1,396.50 $(1,396.50) | 3410-000 | | | $983.59 |
| 08/15/2014 | 126 | STATE OF FLORIDA - DEPT OF REVENUE | Combined Check for Claims#21P,22P | * | | $538.77 | $444.82 |
| | | | Dividend paid 100.00% on $201.13; Claim# 22P; Filed: $201.13; Reference: 8865 $(17.23) | 5800-000 | | | $444.82 |
| | | | Dividend paid 100.00% on $6,089.00; Claim# 21P; Filed: $6,089.00; Reference: 8865 $(521.54) | 5800-000 | | | $444.82 |
| 08/21/2014 | | CLERK, U.S. BANKRUPTCY COURT | ACH DEBIT - SMALL DIVIDENDS - CLAIMS 1, 2, 24 | * | | $5.88 | $438.94 |
| | | | Ref # 8640 $(0.38) | 7100-000 | | | $438.94 |
| | | | Ref # L022 $(3.31) | 7100-000 | | | $438.94 |
| | | | Ref # 5620 $(2.19) | 7100-000 | | | $438.94 |
| 09/05/2014 | 127 | Harper Meyer Perez Hagen O'Connor Alber & Dribin | Dividend paid 0.69% on $52,371.30; Claim# 29; Filed: $52,371.30; Reference: 8865 (Replaces ck #122) | 7100-000 | | $362.86 | $76.08 |
| 11/14/2014 | | CLERK, U.S. BANKRUPTCY COURT | ACH DEBIT-UNCLAIMED FUNDS-Ref # 8865/ EURL/ ALEHTERAF | 7100-001 | | $76.08 | $0.00 |
| 11/14/2014 | 128 | Clerk, U.S. Bankruptcy Court | REISSUED CHECK FROM STALE CHECK PROCESSING | 7100-001 | | $76.08 | ($76.08) |
| 11/14/2014 | 128 | Clerk, U.S. Bankruptcy Court | REISSUED CHECK FROM STALE CHECK PROCESSING | 7100-003 | | ($76.08) | $0.00 |
| | | | | **SUBTOTALS** | $0.00 | $2,410.34 | |

**FORM 2**

Page No: 8
Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 12-26087-JKO | |
| Case Name: | VALOR CORPORATION OF FLORIDA | |
| Primary Taxpayer ID #: | **-***8865 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 6/29/2012 | |
| For Period Ending: | 1/12/2016 | |

| | | |
|---|---|---|
| Trustee Name: | Sonya L. Salkin | |
| Bank Name: | Rabobank, N.A. | |
| Checking Acct #: | ******7966 | |
| Account Title: | Checking Account | |
| Blanket bond (per case limit): | $129,067,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | $5,685.38 | $5,685.38 | $0.00 |
| | | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | | Subtotal | $5,685.38 | $5,685.38 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | Net | $5,685.38 | $5,685.38 | |

**For the period of 6/29/2012 to 1/12/2016**

| | |
|---|---|
| Total Compensable Receipts: | $5,685.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,685.38 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,685.38 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,685.38 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/18/2013 to 1/12/2016**

| | |
|---|---|
| Total Compensable Receipts: | $5,685.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,685.38 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,685.38 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,685.38 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 12-26087-JKO | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | VALOR CORPORATION OF FLORIDA | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***8865 | Checking Acct #: | ******7966 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 6/29/2012 | Blanket bond (per case limit): | $129,067,000.00 |
| For Period Ending: | 1/12/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $21,849.12 | $21,849.12 | $0.00 |

| For the period of 6/29/2012 to 1/12/2016 | | For the entire history of the case between 06/29/2012 to 1/12/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $21,849.12 | Total Compensable Receipts: | $21,849.12 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,849.12 | Total Comp/Non Comp Receipts: | $21,849.12 |
| Total Internal/Transfer Receipts: | $12,159.11 | Total Internal/Transfer Receipts: | $12,159.11 |
| | | | |
| Total Compensable Disbursements: | $21,849.12 | Total Compensable Disbursements: | $21,849.12 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $21,849.12 | Total Comp/Non Comp Disbursements: | $21,849.12 |
| Total Internal/Transfer Disbursements: | $12,159.11 | Total Internal/Transfer Disbursements: | $12,159.11 |